# FEDERAL WAIVER OF SERVICE OF SUMMONS

TO:    Thomas I. Puleo
          KML Law Group, P.C.
          BNY Mellon Independence Center
          Suite 500
          701 Market Street
          Philadelphia, PA 19106-1532

        I acknowledge receipt of your request that I waive service of a summons in the action of MELISSA A. DEUERLING, Docket number 14-642, in the United States District Court for the Western District of Pennsylvania. I have also received a copy of this instrument, and a means by which I can return the signed waiver to you without cost to me.

        I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

        I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

        I understand that a judgment may be entered against me if an answer or motion under Rule 12, is not served upon you within 60 days after May 20, 2014 (date request was sent), or within 90 days after that date if the request was sent outside the Untied States.

        **X**    I am not in military service of the United States.
             I am presently in military service of the United States.

Branch: _____
Age: _____
Marital Status: _____
Number of Dependants:

June 5, 2014                                      *M Deuerling*
_____                           _____
Date                                                       Signature

Print/Type Name:  Melissa A. Deuerling
Address:               2802 Sebolt Rd
                       Library, PA 15129