UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | CIVIL NO. |
| vs. | |
| **MELISSA A. DEUERLING** | |
| **Defendants** | |

## EXHIBITS

"A"   PROMISSORY NOTE IN THE AMOUNT OF $2,625.00 DATED 9/29/91

"B"   CERTIFICATE OF INDEBTEDNESS #1 of 3

"C"   PROMISSORY NOTE IN THE AMOUNT OF $2,625.00 DATED 5/28/92

"D"   PROMISSORY NOTE IN THE AMOUNT OF $2,500.00 DATED 3/10/93

"E"   CERTIFICATE OF INDEBTEDNESS #2 of 3

"F"   PROMISSORY NOTE IN THE AMOUNT OF $4,375.00 DATED 5/11/96

"G"   CERTIFICATE OF INDEBTEDNESS #3 of 3

# UNITED STUDENT AID FUNDS, INC.
## Application and Promissory Note for a Stafford Loan

SEP 29 1991                OCT 23 1991

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.   08312

SH- N-000000-01 D

### SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**1. Social Security Number:** [redacted]

**2. Last Name, First, Middle Initial, Permanent Home Address:**
Chergi, Melissa, A.
6845 Ridgevue Drive
Pittsburgh, PA 15236

**3. Birthdate:** [redacted]

**4. Driver's License:** State ___  Number N/A

**5. Area Code/Telephone Number:** (412) 653-4256

**6. U.S. Citizenship Status:** ☑ 1 Citizen  ☐ 2 Eligible Non-Citizen   Alien ID Number ___

**7. References:**

| Name | John Chergi | Fran Wargo | Laurie Weese |
|---|---|---|---|
| Street Address | 1801 McCorkle Rd. | 6841 Ridgevue Drive | Ridgevue Drive |
| City, State, Zip | Library, PA 15236 | Pittsburgh, PA 15236 | Pittsburgh, PA 15236 |
| Telephone | (412) 854-3133 | (412) | (412) 655-4165 |
| Employer | Self-Employed | Housewife | Housewife |

**8. Intended Enrollment Status:** ☑ 1 Full-time  ☐ 2 At least half-time

**9. Major Course of Study:** Visual Communications

**10. Requested Loan Amount:** 2625.00

**11. Loan Period For this Loan:** From 9-91 To 6-92

**12. Have you ever defaulted on an education loan?** ☐ Yes ☑ No

**13. Do you have any unpaid Stafford Loans or a Consolidation Loan with a Stafford portion?** ☐ Yes ☑ No

**13A. Total unpaid balance of your most recent Stafford Loan:** 0.00

**13B. Use chart provided in instructions**

**13C. Grade level of your most recent Stafford Loan:** ___

**13D. Beginning and ending dates of your most recent Stafford Loan:** From ___ To ___

**13E. Total unpaid balance of all your Stafford Loans or any portion of your Stafford Loans included in a Consolidation Loan:** 0.00

**14. Do you have any outstanding Stafford, PLUS or SLS Loans made for enrollment periods beginning before July 1, 1989 or a Consolidation Loan which repaid loans for enrollment periods beginning before such date?** ☐ Yes ☑ No

**15. Name and Address of Previous Lender, if any:** ___

### Promissory Note for a Stafford Loan

1. **Promise To Pay.** I, the undersigned Borrower, promise to pay you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section I, Item 10 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph VI. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

**Notice to Student:** Terms of the Promissory Note continue on the reverse side. Retain Copy D for your records.

I understand this is a Promissory Note. I will not sign this Promissory Note before reading it, including the writing on the reverse side, even if otherwise advised. As a Borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the Borrower, acknowledge I have received an exact copy of this Note.

**Signature of Student Borrower:** X Melissa Chergi   **Date:** 9-29-91

### SECTION II — TO BE COMPLETED BY THE SCHOOL

**20. Name and Address of School:**
ART INSTITUTE OF PITTSBURGH
526 PENN AVENUE
PITTSBURGH, PA 15222

**22. School Code:** 007470
**23. Area Code/Telephone Number:** 412-263-6600
**24. Grade Level:** 01
**25. Anticipated Completion Date:** 9 / 93
**26. Enrollment Period Covered by Loan:** From 9/30/91 To 6/12/92
**27. Family Adjusted Gross Income:** 0.00
**28. Estimated Cost of Attendance for Loan Period:** 13,560.00
**29. Estimated Financial Aid for Loan Period:** 4700.00
**30. Expected Family Contribution:** 700.00
**31. Difference (28 minus the sum of 29 and 30):** 7161.00

**32. Recommended Disbursement Date(s):** 10/25/91, 1/6/92

**33. Signature of Financial Aid Officer:** Harriett D. Dillard  **Type or Print Name and Title:** Harriett Dillard, Fin Aid Planner  **Date:** 10/16/91

### SECTION III — TO BE COMPLETED BY THE LENDER

**34. Name, City and State of Lending Institution:**
INB NATIONAL BANK
P.O. BOX 50429
INDIANAPOLIS, IN 46250

This application has been electronically transmitted by Whizkid

**35. Lender Code:** 803634
**36. Area Code/Telephone Number:** 800-824-7044
**37. Loan Amount Approved:** ___.00
**38. Interest Rate:** ___%
**39. Anticipated Disbursement Date(s):** ___
**40. Fee:** ___

**Authorized Lending Officer:** Whizkid

**EXHIBIT A**

© Copyright 1990 United Student Aid Funds, Inc. All Rights Reserved. This form is to be used only by ___ above.   LENDER COPY A

## Additional Terms of the Promissory Note for a Stafford Loan

In this Note the words I, me, and my mean the Borrower identified in Item 2 of Section 1 of the Application and any Cosigner of this Note. You, your and yours mean the Lender and any other Holder of the Note. I hereby give you or the Guarantor the authority to complete any incomplete blanks on this Note.

**II. Date Note Comes Due.** I will repay this loan: 1) in periodic installments beginning no later than the end of my grace period as disclosed to me in the Notice of Loan Guarantee and Disclosure Statement; or 2) in full immediately if I fail to enroll at and attend the school which certified this Application for the academic period intended, in which case I will not be eligible for a grace period. During the grace period, I may request that repayment may begin before my grace period ends.

**III. Interest.** I agree to pay an amount equivalent to simple interest on the unpaid principal balance from the date of disbursement until the entire principal sum and accrued interest are paid in full. However, the U.S. Secretary of Education (hereinafter the "Secretary") will pay the interest that accrues on this loan prior to repayment status and during any deferment, if it is determined that I qualify to have such payments made on my behalf under the regulations governing the Title IV, Part B of the Higher Education Act (hereinafter the "Act"). In the event that the interest on this loan is payable by the Secretary, neither you or any other Holder of this Note may attempt to collect this interest from me. I may, however, choose to pay this interest myself. Once the repayment status begins I will be responsible for payment of all interest which accrues on this loan. The Secretary will pay the interest that accrues during any period described under Deferment in this Promissory Note. The interest rate will be determined according to the following: (a) if I have an outstanding Stafford Loan(s) on the date I sign this Note, the applicable interest rate will be the same as the applicable interest rate on the most recent Stafford Loan(s); (b) if I have no outstanding Stafford Loan(s) but I do have an outstanding balance on any PLUS or Supplemental Loans for Students (SLS) made for enrollment periods beginning before July 1, 1988, or on a Consolidation Loan which repaid loans made for enrollment period(s) beginning before such date, the applicable interest rate on this loan will be 8%; (c) Otherwise, the applicable interest rate on this loan will be 8% until the end of the fourth year of my repayment status and will be 10% beginning with the fifth year of my repayment status. The applicable interest rate will be identified on the Notice of Loan Guarantee and Disclosure Statement. I may also receive rebates of interest, if required by the Act, when the applicable interest rate is 10%. You may add accrued unpaid interest to the unpaid principal balance (capitalization) of this loan in accordance with regulations and policies of the Guarantor. All payments will be made to your address as specified on the Notice of Loan Guarantee and Disclosure Statement or to any other address of which you notify me.

**IV. Origination and Guarantee Fees.** I will pay to you an origination fee not to exceed the percentage of the loan amount that is authorized by federal law. You will deduct this fee proportionally from each disbursement of principal of this loan. I will also pay you an amount equal to the guarantee fee that you are required to pay to the Guarantor for this loan. I am entitled to a refund of the origination and guarantee fee paid in respect to this Note if I pay back this Note in full within 120 days of disbursement and I return the uncashed loan check to you. The amount of the origination and guarantee fees will be disclosed to me on the Notice of Loan Guarantee and Disclosure Statement.

**V. Default.** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once if I fail to make an installment payment when due, or to meet other terms of the Promissory Note, under circumstances where the Guarantor finds it reasonable to conclude that I no longer intend to honor the obligation to repay, provided that this failure persists for 180 days for a loan repayable in monthly installments, or 240 days for a loan repayable in less frequent installments. After sending such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking and/or savings account I have with you, if not prohibited by law, but not out of the proceeds of any other property of mine which you have a right to take because of any other agreement between you and me. If I default, I will still be required to pay interest on this loan as provided in Interest, Paragraph III from the date of default. You or the Guarantor may disclose to schools I have attended or intend to attend the information about the default. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, Byrd Scholarship, Supplemental Education Opportunity Grant, College Work-Study, State Student Incentive Grant, Perkins Loan, Stafford Loan, Supplemental Loans for Students (SLS), PLUS Loan, Income Contingent Loan or a Consolidation Loan. A default also makes me ineligible for the benefits, if any, which I may qualify for as described under Deferment, Paragraph VIII and under Interest, Paragraph III. If this loan is referred for collection to any agency for collection, I will pay collection costs.

**VI. Late Charges and Collection Costs.** If any payment has not reached you within 10 days after its due date or if I fail to provide written evidence which verifies my eligibility to have the amount deferred as described under Deferment, Paragraph VIII, you may, if permitted by law, bill me for a late charge at the maximum rate permitted, which shall not exceed six cents for each dollar of each late installment. If I fail to pay any amounts when they are due, I will pay all charges and other collection costs including the statutorily authorized fees of an outside attorney and court costs that are permitted by federal law and regulations for the collection of this loan, which you incur in collecting this loan in case of accounts brought into repayment status as a result of the Guarantor performing supplemental programs assistance in accordance with §428(c)(6)(O) of the Act, I will be liable for such costs.

**VII. Additional Agreements.** The proceeds of this loan will be sent to the school listed on my Application and be used only for education expenses. Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provisions of this Note can be waived or modified except in writing. If the Guarantor is required under its guarantee to repay my loan(s) because I have defaulted, the Guarantor will become the owner of this Note and as my Creditor will have all the rights of the original Lender to enforce this Note against me. I understand that I must repay this Note even though I may be under 18 years of age. This Note is not effective until it is accepted by you. If the Borrower becomes totally and permanently disabled, or dies, his or her obligation to repay this loan will be cancelled. I agree to notify you of a change in my name, address or any applicable school enrollment status within 10 days. I have not made any false written statement with regard to this loan. If any provision of this Note is determined to be unenforceable or is prohibited by law, such provision shall be considered ineffective without invalidating the remaining provisions of this Note.

**VIII. Deferment.** I am entitled to deferments under the Act and its regulations. In order to receive a deferment, I must request the deferment and provide you with all documentation required to establish my eligibility. I understand that I must notify you when the condition entitling me to the deferment no longer exists. My eligibility for a deferment will be determined by the information provided in the Application Booklet or as amended by federal law.

**IX. Repayment.** I will repay the total amount due on this Promissory Note in periodic installments, with interest on the unpaid balance from the due date of the Promissory Note until the loan is paid in full, unless the whole loan is due as described in Default, Paragraph V.

I will repay this loan over a repayment period that generally lasts at least 5 years but no more than 10 years. However, the following exceptions to these rules apply:

1. If, during the grace period, I request a shorter repayment period you may grant me a shorter period.
2. You may require a repayment period shorter than 5 years if this is necessary to ensure that during each year of the repayment period I — or, if both my spouse and I have Stafford, PLUS or SLS Program Loans outstanding, we — pay toward principal and interest at least $600 of the unpaid balance of all such loans (plus interest), whichever is less.
3. If I qualify for postponement of my payments during any period described under Deferment, Paragraph VIII, in this Promissory Note, or if you grant "forbearance," those periods will not be included in the 5- and 10-year periods mentioned above.

The particular terms and conditions of repayment that apply to this loan will be set forth in a separate document, known as a Repayment Schedule, which you will provide to me, normally just before the repayment period begins. I further agree you may grant me a forbearance for the purpose of aligning the first payment date of this loan with other loans reflected on my Repayment Schedule or for the purpose of eliminating a delinquency which persists even though I am making regularly scheduled payments. If a forbearance is granted in either of those two situations, you will capitalize any accrued interest.

**X. Prepayment.** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

**XI. Credit Bureau Notification.** Information concerning the amount of this loan and its repayment will be reported to one or more credit bureau organizations. If I default on this loan, you or the Guarantor will also report the default to one or more credit bureau organizations.

This may significantly and adversely affect my ability to obtain other credit.

## BORROWER CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in this Application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school described in Section II to pay to the Lender any refund which may be due to me up to the amount of this loan. I hereby authorize any school which I may attend to release to the Lender, subsequent Holder, Guarantor, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., employment, enrollment status, current address). The proceeds of any loan made as a result of this Application will be used for education expenses for the loan period covered by this Application and at the school described in Section II. I understand I must immediately repay any funds I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period covered by this Application. The total amount of loans I receive under the Stafford Loan Program, Title IV, Part B of the Higher Education Act of 1965, as amended, will not exceed the allowable maximums. I am not now in default on a Perkins Loan, a Stafford Loan, a Federal Insured Student Loan, a PLUS/SLS Loan, an Income Contingent Loan or a Consolidation Loan unless I have otherwise indicated on the Application. I further certify that I do not owe a repayment on a Pell Grant, Byrd Scholarship, Supplemental Grant or State Student Incentive Grant. I authorize my Lender to issue a check covering the proceeds of my loan, in full, or in part, made payable to me, or at the Lender's option, jointly payable to me and the school, and sent to the school.

I understand I will receive a Notice of Loan Guarantee and Disclosure Statement which identifies my loan amount (as determined by the Lender), the fee amounts, disbursement dates, grace period, interest rate and late charges. I understand and agree if the information on the Notice of Loan Guarantee and Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement is controlling.

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 3**

Melissa A. Deuerling
aka: Melissa A. Chergi
2802 Sebolt Road
Library, PA 15129-9567
Account No. XXXXX9200

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 03/28/14.

On or about 09/29/91, the BORROWER executed promissory note(s) to secure loan(s) of $2,625.00 from INB NATIONAL BANK; INDIANAPOLIS, IN. This loan was disbursed for $2,625.00 on 10/31/91 through 01/06/92 at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by United Student Aid Funds, Inc., and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 10/30/99, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3,662.76 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 09/14/04 assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $601.11 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $3,662.79 |
| Interest: | $2,146.44 |
| Total debt as of 03/28/14: | $5,809.23 |

Interest accrues on the principal shown here at the current rate of 3.30% and a daily rate of $0.33 through June 30, 2014, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/15/14

Loan Analyst
Litigation Support



EXHIBIT B

# UNITED STUDENT AID FUNDS, INC.
## Application and Promissory Note for a Stafford Loan

MAY 28 [stamp]   JUL 17 1992 [stamp]   HD9/91

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097. 09880   SH- N-000000-01 D

### SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**Social Security Number:** [redacted]

**Last Name, First, Middle Initial, Permanent Home Address:** Chergi, Melissa A. 6845 Ridgevue Drive, Pittsburgh, PA 15236

**Birthdate:** [redacted]

**Driver's License State/Number:** N/A

**Area Code/Telephone Number:** (412) 653-4256

**U.S. Citizenship Status:** ☒ 1 Citizen   ☐ 2 Eligible Non Citizen   Alien ID Number: ___

**References:**

| | Reference 1 | Reference 2 | Reference 3 |
|---|---|---|---|
| Name | John Chergi | Francis Wargo | Lori Weese |
| Street Address | 1801 McCorkle Road | 6841 Ridgevue Dr. | 6834 Ridgevue Dr. |
| City, State, Zip | Library, PA 15129 | Pittsburgh, PA 15236 | Pittsburgh, PA 15236 |
| Telephone | (412) 854-3133 | (412) 655-3183 | (412) 655-1651 |
| Employer | Self-Employed | Retired | Housewife |

**Intended Enrollment Status:** ☒ 1 Full-time   ☐ 2 At least half-time

**Major Course of Study:** 23

**Requested Loan Amount:** 2625.00

**Loan Period For this Loan:** From 7/92 To 3/93

**Have you ever defaulted on an education loan?** ☐ Yes ☒ No

**Do you have any unpaid Stafford Loans or a Consolidation Loan with a Stafford portion?** ☒ Yes ☐ No

**Total unpaid balance of your most recent Stafford Loan:** 2625.00

**Use chart provided in instructions:** 3

**Grade level of your most recent Stafford Loan:** 1

**Beginning and ending dates of your most recent Stafford Loan:** From 9/91 To 6/92

**Total unpaid balance of all your Stafford Loans or any portion of your Stafford Loans included in a Consolidation Loan:** 2625.00

**Do you have any outstanding Stafford, PLUS or SLS Loans made for enrollment periods beginning before July 1, 1988 or a Consolidation Loan which repaid loans for enrollment periods beginning before such date?** ☐ Yes ☒ No

**Name and Address of Previous Lender, if any:** ___

### Promissory Note for a Stafford Loan

**I, Promise To Pay.** I, the undersigned Borrower, promise to pay you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section I, Item 10 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph VI. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

**Notice to Student** Terms of the Promissory Note continue on the reverse side. Retain Copy D for your records.

I understand this is a Promissory Note. I will not sign this Promissory Note before reading it, including the writing on the reverse side, even if otherwise advised. As a Borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the Borrower, acknowledge I have received an exact copy of this Note.

**Signature of Student Borrower:** X Melissa A. Chergi   **Date:** 5/28/92

### SECTION II — TO BE COMPLETED BY THE SCHOOL

**Name and Address of School:**
THE ART INSTITUTE OF PITTSBURGH
526 PENNSYLVANIA AVENUE
PITTSBURGH, PA 15222

**School Code:** 007470-00

**Area Code/Telephone Number:** 412-263-6600

**Grade Level Code:** 02

**Anticipated Completion Date:** 9/93

**Enrollment Period Covered by Loan:** 7/6/92 to 3/19/93

**Family Adjusted Gross Income:** -0-.00

**Estimated Cost of Attendance for Loan Period:** 13,293.00

**Estimated Financial Aid for Loan Period:** 5000.00

**Expected Family Contribution:** 900.00

**Difference:** 6787.00

**Reduced Stafford Eligibility:** 00

**Recommended Disbursement Date(s):** 7/15/92   9/18/92

**Signature of Financial Aid Officer:** Harriett Dillard   **Type or Print Name and Title:** Harriett Dillard, Fin Aid Planner   **Date:** 7/9/92

### SECTION III — TO BE COMPLETED BY THE LENDER

**Name, City and State of Lending Institution:**
INB NATIONAL BANK
C/O USA FUNDS
P. O. BOX 6156
INDIANAPOLIS, IN 46206-6156

This application has been transmitted electronically   WK9K12

**Lender Code:** 803634

**Area Code/Telephone Number:** 800-824-7044

**Loan Amount Approved:** .00

**Interest Rate:** %

**Anticipated Disbursement Date(s):** ___

**Authorized Lending Officer:** [signature]   **Type or Print Name and Title:** ___

**For Lender Use Only:** ___

EXHIBIT C

© Copyright 1991 United Student Aid Funds, Inc. All Rights Reserved. This form is to be used only [as specified above]   LENDER COPY A

## Additional Terms of the Promissory Note for a Stafford Loan

In this Note the words I, me, and my mean the Borrower identified in Item 2 of Section 1 of the Application and any Cosigner of this Note. You, your and yours mean the Lender and any other Holder of this Note. I hereby give you or the Guarantor the authority to complete any incomplete blanks on this Note.

**II. Date Note Comes Due.** I will repay this loan: 1) in periodic installments beginning no later than the end of my grace period as disclosed to me in the Notice of Loan Guarantee and Disclosure Statement; or 2) in full immediately if I fail to enroll at and attend the school which certified this Application for the academic period intended, in which case I will not be eligible for a grace period. During the grace period, I may request that repayment may begin before my grace period ends.

**III. Interest.** I agree to pay an amount equivalent to simple interest on the unpaid principal balance from the date of disbursement until the entire principal sum and accrued interest are paid in full. However, the U.S. Secretary of Education (hereinafter the "Secretary") will pay the interest that accrues on this loan prior to repayment status and during any deferment. If it is determined that I qualify to have such payments made on my behalf under the regulations governing the Title IV, Part B of the Higher Education Act (hereinafter the "Act"). In the event that the interest on this loan is payable by the Secretary, neither you or any other Holder of this Note may attempt to collect this interest from me. I may, however, choose to pay this interest myself. Once the repayment status begins, I will be responsible for payment of all interest which accrues on this loan. The Secretary will pay the interest that accrues during any period described under Deferment in this Promissory Note. The interest rate will be determined according to the following: (a) if I have an outstanding Stafford Loan(s) on the date I sign this Note, the applicable interest rate will be the same as the applicable interest rate on the most recent Stafford Loan(s); (b) if I have no outstanding Stafford Loan(s) but I do have an outstanding balance on any PLUS or Supplemental Loans for Students (SLS) made for enrollment periods beginning before July 1, 1988, or on a Consolidation Loan which repaid loans made for enrollment period(s) beginning before such date, the applicable interest rate on this loan will be 9%; (c) Otherwise, the applicable interest rate on this loan will be 8% until the end of the fourth year of my repayment status and will be 10% beginning with the fifth year of my repayment status. The applicable interest rate will be identified on the Notice of Loan Guarantee and Disclosure Statement. I may also receive rebates of interest, if required by the Act, when the applicable interest rate is 10%. You may add accrued unpaid interest to the unpaid principal balance (capitalization) of this loan in accordance with regulations and policies of the Guarantor. All payments will be made to your address as specified on the Notice of Loan Guarantee and Disclosure Statement or to any other address of which you notify me.

**IV. Origination and Guarantee Fees.** I will pay to you an origination fee not to exceed the percentage of the loan amount that is authorized by federal law. You will deduct this fee proportionately from each disbursement of principal of this loan. I will also pay you an amount equal to the guarantee fee that you are required to pay to the Guarantor for this loan. I am entitled to a refund of the origination and guarantee fee paid in respect to this Note if I pay back this Note in full within 120 days of disbursement or if I return the uncashed loan check to you. The amount of the origination and guarantee fees will be disclosed to me on the Notice of Loan Guarantee and Disclosure Statement.

**V. Default.** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once if I fail to make an installment payment when due, or to meet other terms of the Promissory Note under circumstances where the Guarantor finds it reasonable to conclude that I no longer intend to honor the obligation to repay, provided that this failure persists for 180 days for a loan repayable in monthly installments or 240 days for a loan repayable in less frequent installments. After sending such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking and/or savings account I have with you, if not prohibited by law, but not out of the proceeds of any other property of mine which you have a right to take because of any other agreement between you and me. If I default, I will still be required to pay interest on this loan as provided in Interest, Paragraph III, from the date of default. You or the Guarantor may disclose to schools I have attended or intend to attend the information about the default. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, Byrd Scholarship, Supplemental Education Opportunity Grant, College Work-Study, State Student Incentive Grant, Perkins Loan, Stafford Loan, Supplemental Loans for Students (SLS), PLUS Loan, Income Contingent Loan or a Consolidation Loan. A default also makes me ineligible for the benefits, if any, which I may qualify for as described under Deferment, Paragraph VIII and under Interest, Paragraph III. If this loan is referred for collection to any agency for collection, I will pay collection costs.

**VI. Late Charges and Collection Costs.** If any payment has not reached you within 10 days after its due date or if I fail to provide written evidence which verifies my eligibility to have the amount deferred as described under Deferment, Paragraph VIII, you may, if permitted by law, bill me for a late charge at the maximum rate permitted which shall not exceed six cents for each dollar of each late installment. If I fail to pay any amounts when they are due, I will pay all charges and other collection costs including the statutorily authorized fees of an outside attorney and court costs that are permitted by federal law and regulations for the collection of this loan, which you incur in collecting this loan. In case of accounts brought into repayment status as a result of the Guarantor performing supplemental preclaims assistance in accordance with §428(c)(6)(O) of the Act, I will be liable for such costs.

**VII. Additional Agreements.** The proceeds of this loan will be sent to the school listed on my Application and be used only for education expenses. Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provisions of this Note can be waived or modified except in writing. If the Guarantor is required under its guarantee to repay my loan(s) because I have defaulted, the Guarantor will become the owner of this Note and as my Creditor will have all the rights of the original Lender to enforce this Note against me. I understand that I must repay this Note even though I may be under 18 years of age. This Note is not effective until it is accepted by you. If the Borrower becomes totally and permanently disabled, or dies, his or her obligation to repay this loan will be cancelled. I agree to notify you of a change in my name, address or any applicable school enrollment status, within 10 days. I have not made any false written statement with regard to this loan. If any provision of this Note is determined to be unenforceable or is prohibited by law, such provision shall be considered ineffective without invalidating the remaining provisions of this Note.

**VIII. Deferment.** I am entitled to deferments under the Act, and its regulations. In order to receive a deferment, I must request the deferment and provide you with all documentation required to establish my eligibility. I understand that I must notify you when the condition entitling me to the deferment no longer exists. My eligibility for a deferment will be determined by the information provided in the Application Booklet or as amended by federal law.

**IX. Repayment.** I will repay the total amount due on this Promissory Note in periodic installments, with interest, from the due date of the Promissory Note until the loan is paid in full, unless the whole loan is due as described in Default, Paragraph V.

I will repay this loan over a repayment period that generally lasts at least 5 years but no more than 10 years. However, the following exceptions to these rules apply:
1. If, during the grace period, I request a shorter repayment period, you may grant me a shorter period.
2. You may require a repayment period shorter than 5 years if this is necessary to ensure that during each year of the repayment period I — or, if both, my spouse and I have Stafford, PLUS or SLS Program Loans outstanding, we — pay toward principal and interest at least $600 or the unpaid balance of all such loans (plus interest), whichever is less.
3. If I qualify for postponement of my payments during any period described under Deferment, Paragraph VIII, or if you grant "forbearance," those periods will not be included in the 5- and 10-year periods mentioned above.

The particular terms and conditions of repayment that apply to this loan will be set forth in a separate document, known as a Repayment Schedule, which you will provide to me, normally just before the repayment period begins. I further agree you may grant me a forbearance for the purpose of aligning the first payment date of this loan with other loans reflected on my Repayment Schedule or for the purpose of eliminating a delinquency which persists even though I am making regularly scheduled payments. If a forbearance is granted in either of these two situations, you will capitalize any accrued interest.

**X. Prepayment.** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

**XI. Credit Bureau Notification.** I have read and understand the Credit Bureau Notification Information provided in the General Information section of this Application Booklet.

## BORROWER CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in this Application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school described in Section II to pay to the Lender any refund which may be due to me up to the amount of this loan. I hereby authorize any school which I may attend to release to the Lender, subsequent Holder, Guarantor, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., employment, enrollment status, current address). The proceeds of any loan made as a result of this Application will be used for education expenses for the loan period covered by this Application and at the school described in Section II. I understand I must immediately repay any funds I receive which cannot reasonably be attributed to meeting my education expenses related to attendance at that school for the loan period covered by this Application. The total amount of loans I receive under the Stafford Loan Program, Title IV, Part B of the Higher Education Act of 1965, as amended, will not exceed the allowable maximums. I am not now in default on a Perkins Loan, a Stafford Loan, a Federal Insured Student Loan, a PLUS/SLS Loan, an Income Contingent Loan or a Consolidation Loan unless I have otherwise indicated on this Application. I further certify that I do not owe a repayment on a Pell Grant, Byrd Scholarship, Supplemental Grant or State Student Incentive Grant. I authorize my Lender to issue a check covering the proceeds of my loan, in full, or in part, made payable to me, or at the Lender's option, jointly payable to me and the school, and sent to the school.

I understand I will receive a Notice of Loan Guarantee and Disclosure Statement which identifies my loan amount (as determined by the Lender), the fee amounts, disbursement dates, grace period, interest rate and late charges. I understand and agree if the information on the Notice of Loan Guarantee and Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement is controlling.

# UNITED STUDENT AID FUNDS, INC.
## Application and Promissory Note for a Stafford Loan

MAR 19 1993

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097. 09480

SH- N-000000-01 D

### SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**1. Social Security Number:** [redacted]

**2. Last Name, First, Middle Initial, Permanent Home Address:**
Chergi, Melissa A.
6845 Ridgevue Drive
Pittsburgh, PA 15236

**3. Birthdate:** [redacted]

**4. Driver's License:** N/A

**5. Area Code/Telephone Number:** (412) 653-6663

**6. U.S. Citizenship Status:** ☑ 1 Citizen  ☐ 2 Eligible Non-Citizen  Alien ID Number: ___

**7. References:**

| Name | Ronald & Judith Chergi | Lori Weese | John Chergi |
|---|---|---|---|
| Street Address | 6845 Ridgevue Dr. | 6834 Ridgevue Dr. | 1801 Mt Corkle Rd. |
| City, State, Zip | Pittsburgh, PA 15236 | Pittsburgh, PA 15236 | Library, PA 15129 |
| Telephone | (412) 653-6863 | (412) 655-1651 | (412) 854-3193 |
| Employer | Retired/Housewife | Housewife/Teacher | Self-employed |

**8. Intended Enrollment Status:** ☑ 1 Full-time  ☐ 2 At least half time

**9. Major Course of Study:** 23 Visual Communications

**10. Requested Loan Amount:** 2500.00

**11. Loan Period For this Loan:** From 4/93 To 9/93

**12. Have you ever defaulted on an education loan?** ☐ Yes ☑ No

**13. Do you have any unpaid Stafford Loans or a Consolidation Loan with a Stafford portion?** ☑ Yes ☐ No

**13A. Total unpaid balance of your most recent Stafford Loan:** 2625.00

**13B. Use chart provided in instructions:** 3

**13C. Grade level of your most recent Stafford Loan:** 2

**13D. Beginning and ending dates of your most recent Stafford Loan:** From 7/92 To 3/93

**13E. Total unpaid balance of all your Stafford Loans or any portion of your Stafford Loans included in a Consolidation Loan:** 5250.00

**14. Do you have any outstanding Stafford, PLUS or SLS Loans made for enrollment periods beginning before July 1, 1988 or a Consolidation Loan which repaid loans for enrollment periods beginning before such date?** ☐ Yes ☑ No

**15. Name and Address of Previous Lender, if any:** ___

*Poor Source Original — Document Retained*

### Promissory Note for a Stafford Loan

I, Promise To Pay: I, the undersigned Borrower, promise to pay you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section I, Item 10 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph VI. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

I understand this is a Promissory Note. I will not sign this Promissory Note before reading it, including the writing on the reverse side, even if otherwise advised. As a Borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the Borrower, acknowledge I have received an exact copy of this Note.

**20A. Signature of Student Borrower:** X Melissa A. Chergi  **Date:** 3/10/93

### SECTION II — TO BE COMPLETED BY THE SCHOOL

**21. Name and Address of School:**
ART INSTITUTE OF PITTSBURGH
526 PENN AVENUE
PITTSBURGH, PA  15222

**22. School Code:** 007470-00

**23. Area Code/Telephone Number:** 412-263-6600

**24. Grade Level Code:** 03

**25. Anticipated Completion Date:** 9/93

**26. Enrollment Period Covered by Loan:** 4/5/93 to 9/24/93

**27. Family Adjusted Gross Income:** 0.00

**28. Estimated Cost of Attendance for Loan Period:** 8860.00

**29. Estimated Financial Aid for Loan Period:** 3000.00

**30. Expected Family Contribution:** 900.00

**31. Difference (28 minus the sum of 29 and 30):** 4960.00

**32. Reduced Stafford Eligibility:** .00

**33. Recommended Disbursement Date(s):** 3/26/93  7/1/93

**34. Signature of Financial Aid Officer:** Darriott Word-Armest  **Type or Print Name and Title:** Dibroll-Fin. Aid Planner  **Date:** 3/12/93

### SECTION III — TO BE COMPLETED BY THE LENDER

**36. Name, City and State of Lending Institution:**
INB NATIONAL BANK
C/O USA FUNDS
P. O. BOX 6156
INDIANAPOLIS, IN 46206-6156

*Application has been electronically transmitted*

**37. Lender Code:** 803634

**38. Area Code/Telephone Number:** 800-824-7044

**39. Loan Amount Approved:** .00

**40. Interest Rate:** ___%

**41. Anticipated Disbursement Date(s):** ___

**42. Fee:** ___

**43. Authorized Lending Officer:** ___  **Type or Print Name and Title:** ___  **Date:** ___

**44. For Lender Use Only:** ___

© Copyright 1991 United Student Aid Funds, Inc. All Rights Reserved. This form is to be used only by USA Funds or the Guarantor it serves as identified above.

LENDER COPY A

**EXHIBIT D**



Subscribed & Sworn to Before Me this ___ day of ___ that this is a true & exact copy ___
Signature

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTES."

Edward F. Strack — Sallie Mae Servicing Corporation
Vice President of Sallie Mae Servicing Aid Funds, Inc.
As authorized agent for United Student Aid Funds
Date JUN 0 8 2004

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #2 OF 3

Melissa A. Deuerling
aka: Melissa A. Chergi
2802 Sebolt Road
Library, PA 15129-9567
Account No. XXXXX9200

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 03/28/14.

On or about 05/28/92 and 03/10/93, the BORROWER executed promissory note(s) to secure loan(s) of $2,625.00 & $2,500.00 from INB NATIONAL BANK; INDIANAPOLIS, IN. This loan was disbursed for $2,625.00 & $2,500.00 on 07/24/92 through 09/18/92 and 03/24/93 through 06/30/93 at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by United Student Aid Funds, Inc., and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 10/30/99, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $6,782.99 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 09/14/04 assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $1,189.63 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $6,782.99 |
| Interest: | $3,883.84 |
| Total debt as of 03/28/14: | $10,666.83 |

Interest accrues on the principal shown here at the current rate of 3.15% and a daily rate of $0.59 through June 30, 2014, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/15/14

Loan Analyst
Litigation Support

EXHIBIT
E

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL    1996 AUG -7 A 9:29

**Application and Promissory Note for Federal Stafford Loans** (subsidized and unsubsidized)

Guarantor or Program Identification: UNITED STUDENT AID FUNDS, INC. / RECD-USA SERVICES, INC. 94

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U S C. 1097.

US

### Borrower Section

Please print neatly or type. Read the instructions carefully.

1. Last Name: Deuerling   First Name: Melissa   MI: A
2. Social Security Number: [redacted]
3. Permanent Street Address: 5821 Brownsville Rd. 1
   City: Pittsburgh   State: PA   Zip: 15236
4. Telephone Number: (412) 653-8765
5. Loan Period (Month/Year): From 7/96 To 9/96
6. Driver's License Number: None
7. Lender Name: NBD   City: Indianapolis   State: IN   Zip: 46206
8. Lender Code: 803634
9. Date of Birth: [redacted]

10. References:
    1. Ron + Judy Chergi — 6845 Ridgeview Drive, Pittsburgh, PA 15236, (412) 653-4256, Parents
    2. Ed + Cathy Deuerling — 1121 Aurora Drive, Pittsburgh, PA 15236, (412) 653-4479, In-Laws

### Loan Assistance Requested

11. ☒ I request the following loan type(s): ☒ a Subsidized Federal Stafford  ☒ b. Unsubsidized Federal Stafford
12. Amount: $ 4375.00
13. Deferment: ☒ a Yes, I want a deferment  ☐ b. No
14. Capitalization: ☒ a Yes, I want my interest capitalized  ☐ b. No
15. EFT: ☒ a Yes, transfer funds  ☐ b. No

### Promissory Note

THIS IS A LOAN(S) THAT MUST BE REPAID.

16. Borrower's Signature: Melissa A. Deuerling   Today's Date: 5/11/96

### School Section

17. School Name: ART INST OF PITTSBURGH
18. Street Address: 526 PENN AVENUE   City: PITTSBURGH   State: PA   Zip: 15222
19. Loan Period: From 7-8-96 To 12-13-96
20. Grade Level: 3
21. Enrollment Status: ☒ Full Time
22. Anticipated Completion Date: 12-13-96
23. School Code/Branch: 007470-00
24. Cost of Attendance: $ 12942.00
25. Federal Expected Family Contribution: $ 2082.00
26. Estimated Financial Aid: $ 0.00
27. Certified Loan Amounts: a Subsidized $ 2292.00  b. Unsubsidized $ 2083.00
28. Telephone Number: (412) 263-6600
29. Recommended Disbursement Date(s): 1st 8/12/96  2nd 8/19/96
30. School Certification: Lisa Harasyn — Signature, Lisa Harasyn — FAO, 8-5-96
    ☒ Check box if Electronic Funds transmitted to guarantor

### Lender Section

(this application electronically transmitted by NBD)

31. Lender Name: 
32. Lender Code/Branch:
33. Telephone Number:
35. Amount(s) Approved: a Subsidized $ .00  b. Unsubsidized $ .00

Source Original Retained

71058   LENDER COPY

EXHIBIT F

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTES."

Edward F. Strack  *Edward F. Strack*
Vice President of Sallie Mae Servicing Corporation
As authorized agent for United Student Aid Funds, Inc.
Date  JUN 0 8 2004

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #3 OF 3**

Melissa A. Deuerling
aka: Melissa A. Chergi
2802 Sebolt Road
Library, PA 15129-9567
Account No. XXXXX9200

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 03/28/14.

On or about 05/11/96, the BORROWER executed promissory note(s) to secure loan(s) of $4,375.00 from NBD; Indianapolis, IN. This loan was disbursed for $942.37 & $2,292.00 on 08/12/96 through 08/19/96 at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by United Student Aid Funds, Inc., and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 02/15/01, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,468.94 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 09/14/04 assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $721.45 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $4,468.94 |
| Interest: | $2,472.93 |
| Total debt as of 03/28/14: | $6,941.87 |

Interest accrues on the principal shown here at the current rate of 3.15% and a daily rate of $0.39 through June 30, 2014, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/15/14

Loan Analyst
Litigation Support



EXHIBIT G