IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff            )
                             )
        v.                   )    Civil No. 14-642
                             )
MELISSA A. DEUERLING,        )
                             )
        Defendant.           )

O R D E R

AND NOW, this 20th day of August, 2014, upon consideration of Defendant Melissa Deuerling's "Motion to Dismiss; or, for a More Definite Statement" (Doc. No. 5) and memorandum in support thereof (Doc. No. 6), filed in the above captioned matter on August 12, 2014, and upon further consideration of the Plaintiff's Amended Complaint (Doc. No. 8), filed on August 14, 2014,

IT IS HEREBY ORDERED that the Defendant's motion is DENIED AS MOOT. Subsequent to the filing of this motion, the Plaintiff amended its Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Because of this amendment, the Defendant's motion to dismiss or to require a more definite statement in regard to the original Complaint is rendered moot, since the original Complaint is no longer the relevant pleading.

See Trustees of Univ. of Pennsylvania v. St. Jude Children's Hosp., 982 F. Supp. 2d 518, 521 n.3 (E.D. Pa. 2013).

   IT IS FURTHER ORDERED that the Defendant shall respond to the Amended Complaint no later than Wednesday, September 3, 2014. The Court notes that extending the time to respond beyond the time normally provided by Rule 15(a)(3) is appropriate given the Defendant's pro se status.

    s/Alan N. Bloch
Alan N. Bloch
United States District Judge

cc: Counsel of Record

    Melissa Deuerling
    2802 Sebolt Road
    South Park, PA 15129