IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 14-642 |
| | ) | |
| v. | ) | |
| | ) | |
| MELISSA A. DEURELING, | ) | |
| | ) | JUDGE BLOCH |
| Defendant, Counterclaimant | ) | |
| and Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | *(Electronically Filed)* |
| G.C. SERVICES, L.P., et al., | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**PLAINTIFF'S AND THIRD PARTY DEFENDANTS'
MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

AND NOW, comes Plaintiff, United States of America, and Third Party Defendants, U.S.

Department of Justice, U.S. Department of Treasury and U.S. Department of Education, through

their attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania,

and Michael C. Colville, Assistant United States Attorney for said district, and, pursuant to Rule

12(b) of the Federal Rules of Civil Procedure, respectfully move the Court to issue an Order

dismissing the Counterclaim of Defendant, with prejudice.   A Memorandum of Law in support of

this Motion together with an attachment are being filed simultaneously herewith and the contents

therein incorporated by reference.

WHEREFORE, Plaintiff, United States of America, and Third Party Defendants, U.S. Department of Justice, U.S. Department of Treasury and U.S. Department of Education, respectfully request that the Court issue an Order dismissing the Counterclaim of Defendant, with prejudice.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
PA ID No. 56668

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 21st day of September, 2015, a true and correct copy of the within

PLAINTIFF'S AND THIRD PARTY DEFENDANTS' MOTION TO DISMISS

DEFENDANT'S COUNTERCLAIM was served by electronic filing and/or postage paid U.S.

Mail, to and upon the following:

Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street
Mellon Independence Center
Suite 5000
Philadelphia, PA   19106

Melissa Deuerling
2802 Sebolt
South Park, PA   15129

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney