IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 14-642 |
| MELISSA A. DEUERLING, | ) |
| Defendant, Counterclaimant, and Third Party Plaintiff, | ) |
| v. | ) |
| EDUCATION MANAGEMENT HOLDINGS LLC, et al., | ) |
| Third Party Defendants. | ) |

## **O R D E R**

AND NOW, this 5th day of April, 2018, upon consideration of Melissa A. Deuerling's Motion for Leave to Amend Third Party Complaints Only Within Twenty (20) Days; or, in the Alternative, for Thirty Days to Respond to All Pending Motions to Dismiss (Doc. No. 70), filed in the above-captioned matter on March 25, 2018,

IT IS HEREBY ORDERED that Ms. Deuerling's motion is GRANTED to the extent that she has requested an additional thirty (30) days in which to respond to all pending motions to dismiss and DENIED in all other respects.

In so ruling, the Court is making no findings as to the nature or sufficiency of Ms. Deuerling's claims. Moreover, as Ms. Deuerling is proceeding pro se, the Court notes that it has been quite lenient in granting her various requests for extensions. In light of the lengthy period

1

of time that has passed since Ms. Deuerling filed her Amended Third Party Complaint, and in consideration of the need to ensure fair and proper treatment of the other parties in this case, however, there are limits as to what the Court will permit.

ACCORDINGLY, IT IS FURTHER ORDERED that:

1. Defendant, Counterclaimant and Third Party Plaintiff Melissa A. Deuerling shall serve and file her responses to the motions to dismiss filed by Third Party Defendants Continental Service Group, Inc. (Doc. No. 49), Windham Professionals Inc. (Doc. No. 53), Progressive Financial Services Inc. (Doc. No. 62), and Performant Recovery, Inc. (Doc. No. 71) by May 7, 2018.

2. Third Party Defendants' replies to Ms. Deuerling's responses are due by May 21, 2018.

3. No extensions of time will be permitted.

s/ Alan N. Bloch  
Alan N. Bloch  
United States District Judge

cc:   Counsel of Record

　　　Melissa Deuerling  
　　　2802 Sebolt Road  
　　　South Park, PA 15129